UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CIVIL ACTION NO. 6:11-cv-0300-ART

*Electronically Filed*

APRIL B. HARRIS PLAINTIFF

V.

JAMES C. EGNEW AND
OUTDOOR VENTURE CORP. DEFENDANTS

## CORPORATE DISCLOSURES

Comes the Defendant, Outdoor Venture Corporation, by counsel, pursuant to Fed. R. Civ. Proc. 7.1, and hereby states that it is a non-governmental corporate entity, and that there is no parent company or publicly held corporation which owns ten percent (10%) or more of its stock.

Respectfully submitted,

**WARD, HOCKER & THORNTON, PLLC**
333 W. Vine Street, Suite 1100
Lexington, Kentucky 40507
Telephone: (859)422-6000
Facsimile: (859) 422-6001
Email:gthornton@whtlaw.com
abrown@whtlaw.com

BY: *s/ Ashley K. Brown*
Gregg E. Thornton
Ashley K. Brown

And

D. Duane Cook
Attorney-at-Law
105 Thoroughbred Way
Georgetown, Kentucky
Phone: (502) 570-0022
Fax: (502) 570-0023
Email: cookdduane@bellsouth.net

*Co-counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of December, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jon A. Woodall
Daniel Luke Morgan
McBrayer, McGinnis, Leslie & Kirkland, PLLC
201 East Main Street, Ste. 1000
Lexington, KY 40507
*Counsel for Plaintiff*

By: *s/ Ashley K. Brown*
Gregg E. Thornton
Ashley K. Brown

CL4720