UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CIVIL ACTION NO. 6:11-cv-0300-ART

*Electronically Filed*

APRIL B. HARRIS PLAINTIFF

V.

**MOTION TO DISMISS CLAIMS AGAINST DEFENDANT JAMES C. EGNEW**

JAMES C. EGNEW AND
OUTDOOR VENTURE CORP. DEFENDANTS

***** ***** *****

Comes the Defendant, James C. Egnew, by and through counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and hereby moves this Court for dismissal of the claims against him, as Plaintiff's Complaint fails to state a claim against Mr. Egnew upon which relief can be granted. As grounds, the Defendant refers to and incorporates by reference the attached supportive Memorandum.

Respectfully submitted,

**WARD, HOCKER & THORNTON, PLLC**
333 W. Vine Street, Suite 1100
Lexington, Kentucky 40507
Telephone: (859)422-6000
Facsimile: (859) 422-6001
Email:gthornton@whtlaw.com
abrown@whtlaw.com

BY: *s/ Ashley K. Brown*
Gregg E. Thornton
Ashley K. Brown

And

D. Duane Cook
Attorney-at-Law
105 Thoroughbred Way
Georgetown, Kentucky
Phone: (502) 570-0022
Fax: (502) 570-0023
Email: cookdduane@bellsouth.net

*Co-counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of December, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jon A. Woodall
Daniel Luke Morgan
McBrayer, McGinnis, Leslie & Kirkland, PLLC
201 East Main Street, Ste. 1000
Lexington, KY 40507
*Counsel for Plaintiff*

By: *s/ Ashley K. Brown*
Gregg E. Thornton
Ashley K. Brown

CL4720