UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CIVIL ACTION NO. 6:11-cv-0300-ART

*Electronically Filed*

APRIL B. HARRIS PLAINTIFF

V.

**ORDER**

JAMES C. EGNEW AND
OUTDOOR VENTURE CORP. DEFENDANTS

***** ***** *****

Motion having been made by the Defendant, James C. Egnew, to dismiss Plaintiff's claims against him for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure; the Court having reviewed the record and being otherwise sufficiently advised;

It is hereby ORDERED and ADJUDGED that all claims made against James C. Egnew in Plaintiff's Complaint are hereby DISMISSED, with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted. Each party shall bear its own costs.

Dated: ______________________________

______________________________
JUDGE, U.S. DISTRICT COURT

CL4720