UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CIVIL ACTION NO. 6:11-CV-0300-ART

*ELECTRONICALLY FILED*

APRIL B. HARRIS PLAINTIFF

v.

JAMES C. EGNEW and
OUTDOOR VENTURE CORPORATION DEFENDANTS

**AGREED ORDER OF DISMISSAL**

***** ***** *****

Upon agreement by and between the Parties to this action, Plaintiff, April B. Harris, and Defendants, James C. Egnew and Outdoor Venture Corporation, and the Court being otherwise sufficiently advised; it is hereby ORDERED AND ADJUDGED as follows:

1. That all claims and causes of actions asserted, or which could have been asserted by and between the parties as a result of allegations set forth in the above captioned suit, are DISMISSED with prejudice as settled;

2. That each of the respective parties shall bear their own litigation costs, expenses and attorney fees; and

3. That this is a final and appealable order, there being no just reason for further delay.

Dated this the ______ day of __________________, 2013.

______________________________
JUDGE,UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

HAVE SEEN AND AGREED:

<u>*/s/ Jon A. Woodall (with permission by AKB)*</u>
Jon A. Woodall
Daniel Luke Morgan
McBrayer, McGinnis, Leslie & Kirkland, PLLC
201 East Main Street, Ste. 1000
Lexington, KY 40507
*Co-Counsel for Plaintiff*

And

S. Derek Bauer
Darrell J. Solomon
Jessica C. Abrahams
McKenna, Long & Aldridge, LLP
303 Peachtree Street, Suite 5300
Atlanta, GA 30308
*Co-Counsel for Plaintiff*

<u>*/s/ Ashley K. Brown*</u>
Gregg E. Thornton
Ashley K. Brown
Ward, Hocker& Thornton, PLLC
Bluegrass Corporate Center
333 W. Vine Street, Suite 1100
Lexington, Kentucky40507
*Counsel for Defendants*

<u>*/s/ D. Duane Cook*</u>
D. Duane Cook
Duane Cook & Associates, PLC
135 N. Broadway
Georgetown, Kentucky 40324
*Co-Counsel for Defendants*

<u>*/s/ Heather M. McCollum*</u>
Heather M. McCollum
Quintairos, Prieto, Wood & Boyer, P.A.
2452 Sir Barton Way, Suite 300
Lexington, KY 40509
*Co-Counsel for Defendant,*
*James C. Egnew*
CL4720